UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X

| | |
|---|---|
| SONYA GORBEA, | JUDGMENT |
| | 18-CV-420 (NGG) (ST) |
| Plaintiff, | |
| v. | |
| VERIZON NEW YORK, INC, | |
| Defendant. | |

------------------------------------------------------------ X

      A Memorandum and Order of Honorable Nicholas G. Garaufis, United States District Judge, having been filed on August 27, 2020, granting defendant's motion for summary judgment with prejudice; it is

      ORDERED and ADJUDGED that defendant's motion for summary judgment is granted with prejudice; and that judgment is hereby entered in favor of defendant.

| | |
|---|---|
| Dated: Brooklyn, NY | Douglas C. Palmer |
|       August 28, 2020 | Clerk of Court |
| | |
| | By:   /s/*Jalitza Poveda* |
| |       Deputy Clerk |